**Fill in this information to identify the case:**

Debtor name  **Beds & Such, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  **16-06344**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January  4, 2017**          X **/s/ Darby Hiott**
                                              Signature of individual signing on behalf of debtor

                                              **Darby Hiott**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      *Beds & Such, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    *16-06344*

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $      37,675.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $      37,675.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      82,607.15

3.  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      364,525.52

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      679,062.13

4.  Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b                                                                     $      1,126,194.80

**Fill in this information to identify the case:**

Debtor name          *Beds & Such, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    *16-06344*

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | *Palmetto Citizens* | *Payroll* | *7728* | $0.00 |
| 3.2. | *Palmetto Citizens* | *Sales Tax* | *7731* | $0.00 |
| 3.3. | *Wells Fargo. Debtor believes there may have been $1,500 in this account at the time of filing* | *Operating Account* | *0286* | $1,500.00 |
| 3.4. | *Bank of America for Hiott Enterprisee* | *Checking* | *4572* | $0.00 |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,500.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **_Beds & Such, Inc._** | Case number *(If known)*   **_16-06344_** |
|---|---|---|
| | Name | |

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          *0.00*          -          *0.00*    = ....          *Unknown*

face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:          *0.00*          -          *0.00*    = ....          *Unknown*

face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              *$0.00*
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies _inventory and business records are in possession of hte Trustee and without them the debtor is unsure the value or exact items_** | *unknown* | *Unknown* | | *Unknown* |

23.    **Total of Part 5.**                                              *$0.00*
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number *(If known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>***desk, upholstered chair, (2) credenzas with sliding doors, (5) desks, 2 swivel chairs, (3) chairs, bakers rack with 4 shelves, table & credenza with 2 drawers.*** | | | |
| *2265 Augusta Road* | *Unknown* | *Debtor's est.* | *$1,970.00* |
| *desk/credenza, work tables, desks* | | | |
| *Located at warehouse* | *Unknown* | *Debtor's Est.* | *$875.00* |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>***(3) tall trash cans, (4) small trash cans, (2) printers, (2) desktop computers, refrigerator, microwave, Keurig, water machine, (2) vacuums, Bissel sweeper, customer outdoor parking signs, (2) toilet brushes & (2) plungers with holders.*** | | | |
| *2265 Augusta Road* | *Unknown* | *Debtor's Est.* | *$2,515.00* |
| *trash cans, (2) printers, various cables, extension cords, etc., large refrigerator, (3) small refrigerators, brooms, (3) toilet brushes & 3 plungers* | | | |
| *warehouse* | *Unknown* | *Debtor's Est.* | *$1,325.00* |
| *printer paper, post it notes, note paper, cleaning supplies and soaps, misc. paper* | *Unknown* | *Debtor's Est.* | *$970.00* |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(If known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

*products/supplies, pens, printer ink cartridges*

*2265 Augusta Road*

*printer paper, post its, note paper, cleaning supplies and soaps, paper products & supplies, pens, printer ink cartridges.*

| *Warehouse* | | *Unknown* | *Debtor's Est.* | *$520.00* |
|---|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | *$8,175.00* |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. *2014 Chevrolet Express G350 Delivery box truck; VIN# 1GB3G3CG0E1197700; 39,000 miles; good condition. Debtor obtained a verbal quote from dealer valuing property at $15,000.* | *Unknown* | *verbal quote* | *$15,000.00* |
| 47.2. *2012 Chevrolet Express 3500 delivery box truck, VIN# 1GB3G3BG7C1147777, 70,000 miles, good condition. Debtor obtained a verbal quote from a dealer valuing property at $13,000* | *Unknown* | *verbal quote* | *$13,000.00* |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **_Beds & Such, Inc._** | Case number *(If known)* | **16-06344** |
|---|---|---|---|
| | Name | | |

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $28,000.00 |
|---|

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities**<br>*Auto Insurance through the Hartford Insurance Company policy no. 22UECNI7044* | *$0.00* |
| *Workers Compensation Insurance through the Hartford. Policy no. 22WECCT9278* | *$0.00* |
| *Workers Compensation Insurance through the Hartford. Policy no. 22WECCT9278* | *$0.00* |
| *Business Owners Insurance through Travelers Insurance. Policy no. 680-000J440978A* | *$0.00* |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(If known)* | *16-06344* |
|--------|---------------------|--------------------------|------------|
|        | Name                |                          |            |

| *Potential claim against Baldacci Promotions* | *Unknown* |
|-----------------------------------------------|-----------|
| **Nature of claim** | |
| **Amount requested** | *$0.00* |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|-----|------|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | *$0.00* |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(If known)* **16-06344** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$1,500.00* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$0.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$0.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$0.00* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$8,175.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$28,000.00* | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$37,675.00* + 91b. | *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$37,675.00* |

**Fill in this information to identify the case:**

Debtor name    *Beds & Such, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    *16-06344*

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally**<br>Creditor's Name<br><br>*Payment Processing Center*<br>*P.O. Box 9001951*<br>*Louisville, KY 40290-1951*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>*12/13/2012*<br>**Last 4 digits of account number** *7570*<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>*2012 Chevrolet Express 3500 delivery box truck, VIN# 1GB3G3BG7C1147777, 70,000 miles, good condition. Debtor obtained a verbal quote from a dealer valuing property at $13,000*<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,854.68 | $13,000.00 |
| **2.2** **Baldacci Promotions**<br>Creditor's Name<br><br>*11623 New Bond Street*<br>*Fredericksburg, VA 22408*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>*4/23/16*<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>*all inventory & cash collateral*<br><br>Describe the lien<br>*UCC1*<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $0.00 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(if know)* | *16-06344* |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | *CAN Capital Asset Servicing*

Creditor's Name

*2015 Vaughn Road NW, Bldg. 500 Kennesaw, GA 30144*

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
*9/24/12*
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
*all assets*

Describe the lien
*UCC-1*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

*$41,193.86* | *$0.00*

---

**2.4** | *Wells Fargo Dealer Services*

Creditor's Name

*PO. Box 17900 Denver, CO 80217-0900*

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
*09/11/2014*
**Last 4 digits of account number**
*1449*

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
*2014 Chevrolet Express G350 Delivery box truck;  VIN# 1GB3G3CG0E1197700; 39,000 miles; good condition. Debtor obtained a verbal quote from dealer valuing property at $15,000.*

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

*$29,558.61* | *$15,000.00*

---

**3.** | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$82,607.15**

---

**Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor | *Beds & Such, Inc.* | Case number (*if know*) | *16-06344* |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.** | | |
| *APZB Industries*<br>*300 Ledgewod Place, Ste. 301*<br>*Rockland, MA 02370* | Line __2.3__ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __*Beds & Such, Inc.*__

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) __*16-06344*__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Addie Moultrie**<br>**420 Tufton Ct**<br>**Cayce, SC 29033** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,496.93 | $1,496.93 |
| | Date or dates debt was incurred | Basis for the claim:<br>**deposit, customer still owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Aleksandra Endsley**<br>**1300 Lafayette Ave**<br>**Cayce, SC 29033** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.75 | $240.75 |
| | Date or dates debt was incurred | Basis for the claim:<br>**customer still owed/deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | *Beds & Such, Inc.* | | Case number (if known) | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.50 | $374.50 |
|---|---|---|---|---|

*Alisa Wolfram*
*110 S. Saluda*
*Columbia, SC 29205*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.93 | $854.93 |
|---|---|---|---|---|

*Amanda Vanadore*
*1417 Franklin St.*
*West Columbia, SC 29201*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,563.72 | $2,563.72 |
|---|---|---|---|---|

*Amy Robinson*
*109 Trey Ct*
*West Columbia, SC 29169*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.00 | $962.00 |
|---|---|---|---|---|

*Anne Wilson*
*128 Cloud Pt*
*Leesville, SC 29070*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.18 | $1,149.18 |
|---|---|---|---|---|

*Annette Palmer*
*107 Coronado Rd.*
*West Columbia, SC 29170*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.52 | $619.52 |
|---|---|---|---|---|

*Anthonie Dereef*
*1212 Meetze Rd  Apt 5-D*
*Columbia, SC 29210*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.93 | $619.93 |
|---|---|---|---|---|

*Anthonie Dereef*
*1212 Meetze Rd  Apt 5-D*
*Columbia, SC 29210*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*deposit* |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.00 | $963.00 |
|---|---|---|---|---|

*Anthony Briseno*
*1460 Oakcrest Dr Apt 1520*
*Columbia, SC 29223*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*deposit* |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1.00* | *$1.00* |
|---|---|---|---|---|

*Anthony Christiano*
*307 Charwood Ln.*
*West Columbia, SC 29170*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$300.00* | *$300.00* |
|---|---|---|---|---|

*Arsenio Perez*
*3118 Dudley Rd #137*
*West Columbia, SC 29170*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$3,700.00* | *$2,850.00* |
|---|---|---|---|---|

*Ashley Anderson*
*114 Ballentine Crossing Building*
*12*
*Irmo, SC 29063*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$4,959.45* | *$2,850.00* |
|---|---|---|---|---|

*Austin Reed*
*customer will notify, moving?*
*Greenville, SC 11111*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,781.26 | $1,781.26 |
|---|---|---|---|---|

*Axa Carnes*
*872 Pine Forest Trail*
*Columbia, SC 29210*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.25 | $1,150.25 |
|---|---|---|---|---|

*Barbara Daurora*
*1000 Windsor Shores Dr*
*Columbia, SC 29223*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.08 | $1,545.08 |
|---|---|---|---|---|

*Barbara Frawley*
*132 Wood Dale Drive*
*Lexington, SC 29072*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

*Barbara Frawley*
*132 Wood Dale Dr*
*Lexington, SC 29072*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.46 | $725.46 |
|---|---|---|---|---|

**Becky Rucker**
**363 Calvary Church Rd.**
**Swansea, SC 29160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 | $2,850.00 |
|---|---|---|---|---|

**Behzad Torkian**
**148 Spillway Blvd**
**Lexington, SC 29072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.00 | $1,015.00 |
|---|---|---|---|---|

**Besty Mccullough**
**2800 Celtic Rd**
**Columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,350.00 | $2,350.00 |
|---|---|---|---|---|

**Beverly Manigo**
**113 Brickingham Way**
**Columbia, SC 29229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.16 | $1,271.16 |
|---|---|---|---|---|

**Bill Wilson**
**111 Clouds Point**
**Leesville, SC 29070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.32 | $509.32 |
|---|---|---|---|---|

**Bob Hall**
**218 Kayden Ct**
**Chapin, SC 29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.93 | $426.93 |
|---|---|---|---|---|

**Bonnie Huff**
**2325 Hite Street**
**west columbia, SC 29169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

**Britney Kelly**
**201 Indigo Hill Dr**
**Chapin, SC 29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$3,000.00* | *$2,850.00* |
|---|---|---|---|---|

*Bryan Shuman*
*144 Crassula Dr*
*Lexington, SC 29073*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$2,378.61* | *$2,378.61* |
|---|---|---|---|---|

*Casey Chepko*
*535 Depot St*
*Columbia, SC 29201*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,458.41* | *$1,458.41* |
|---|---|---|---|---|

*Christine Ballard*
*109 Long Vista Ct.*
*Lexington, SC 29073*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$150.00* | *$150.00* |
|---|---|---|---|---|

*Christopher Lagasse*
*550 Neeses Hwy*
*Nesses, SC 29170*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$2,065.00* | *$2,065.00* |
|---|---|---|---|---|

*Cinthya Ramirez*
*3358 Princeton Rd.*
*Gaston, SC 29053*

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit. Debtor unsure if customer is still owed*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$2,352.92* | *$2,352.92* |
|---|---|---|---|---|

*Clarence Gladden*
*102  White Sands Lane*
*Swansea, SC 29160*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$3,000.00* | *$2,850.00* |
|---|---|---|---|---|

*Cory McDaniel*
*600 Colonial Dr*
*West Columbia, SC 29172*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$194.89* | *$0.00* |
|---|---|---|---|---|

*County of Lexington, South Carolina*
*Lexington County Treasurer's Office*
*PO Box 3000*
*Lexington, SC 29071*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*property tax*

Last 4 digits of account number **5101**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | _Beds & Such, Inc._ | Case number (if known) | _16-06344_ |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $939.18 | $0.00 |
|---|---|---|---|---|

**County of Lexington, South Carolina**
**Lexington County Treasurer's Office**
**PO Box 3000**
**Lexington, SC 29071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vehicle Tax**

Last 4 digits of account number _0001_

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,851.00 | $2,850.00 |
|---|---|---|---|---|

**Cynthia Goodwin**
**207 St. Patrick Rd**
**Columbia, SC 29210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.00 | $1,635.00 |
|---|---|---|---|---|

**Cynthia Hardy**
**301 Lost Creek Dr**
**Columbia, SC 29212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,275.00 | $2,850.00 |
|---|---|---|---|---|

**Dan Livingston**
**810 Poinsettia Street**
**Columbia, SC 29205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.89 | $1,526.89 |
|---|---|---|---|---|
| | *David Cox* | ☐ Contingent | | |
| | *722 Fontanna Ave* | ☐ Unliquidated | | |
| | *West Columbia, SC 29169* | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No ☐ Yes | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,133.13 | $1,133.13 |
|---|---|---|---|---|
| | *David Huddleston* | ☐ Contingent | | |
| | *438 Winding Way* | ☐ Unliquidated | | |
| | *Columbia, SC 29212* | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No ☐ Yes | | |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $937.93 | $937.93 |
|---|---|---|---|---|
| | *David Jenkins* | ☐ Contingent | | |
| | *14 Pond Oak Ct.* | ☐ Unliquidated | | |
| | *Columbia, SC 29212* | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No ☐ Yes | | |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.01 | $2,200.01 |
|---|---|---|---|---|
| | *Dawn Beard* | ☐ Contingent | | |
| | *301 Braewick Rd* | ☐ Unliquidated | | |
| | *Columbia, SC 29212* | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: *deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No ☐ Yes | | |

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Deidre Watts**
**1217 Hulon Cir**
**West Columiba, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Diane Feaster**
**409 Williams Circle**
**West columbia, SC 29172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,495.25 | $2,495.25 |
|---|---|---|---|---|

**Donal Schmotzer**
**4115 Barbara Dr**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Ed Hammond**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.56 | $543.56 |
|---|---|---|---|---|

**Elizabeth Hall**
**7411 Edgewater Rd**
**Columbia, SC 29223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,581.46 | $1,581.46 |
|---|---|---|---|---|

**Elizabeth Sherman**
**8162 Charleston Augusta Rd.**
**Bamberg, SC 29003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,630.00 | $1,630.00 |
|---|---|---|---|---|

**Emory Delawrence**
**1830 St Micheals Rd**
**columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll still owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $2,850.00 |
|---|---|---|---|---|

**Erin Carson**
**526 Meadow Grass Lane**
**Lexington, SC 29072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $746.86 | $746.86 |
|---|---|---|---|---|

**Eva Smith**
**248 Cornel Smith**
**Gilbert, SC 29054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | $860.00 | $860.00 |
|---|---|---|---|---|

**Frank Baker**
**333 Fire Bridge Dr**
**Chapin, SC 29036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*deposit* |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | $3,635.86 | $2,850.00 |
|---|---|---|---|---|

**Frederick Bryant**
**212 Sorrel Tree Ln.**
**Elgin, SC 29045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | $700.00 | $700.00 |
|---|---|---|---|---|

**Furuvelli Venkata**
**203 Heights Ave**
**Lexington, SC 29072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>*deposit* |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,701.30 | $1,701.30 |
|---|---|---|---|---|

**Gail Gazey**
**1209 Forrest Shealy Rd**
**Chapin, SC 29036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Genita Burroughs**
**828 Ashley St**
**Columbia, SC 29203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.53 | $619.53 |
|---|---|---|---|---|

**Greg Joye**
**1343 Hummingbird Dr**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | $194.00 |
|---|---|---|---|---|

**Guadalupe Ortiz**
**7917 Skylark Dr**
**Columbia, SC 29209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,635.86 | $2,850.00 |
|---|---|---|---|---|

**Henrietta Gadson**
**9 Keystone Court**
**Hopkins, SC 29061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*notice only*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,228.65 | $1,228.65 |
|---|---|---|---|---|

**J. Mike McLaughlin**
**115 Heatherstone Rd.**
**Columbia, SC 29212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Jacob Bell**
**362 River Club Rd**
**Lexington, SC 29072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | Case number *(if known)* | *16-06344* |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|

*James Carter*
*1028 Wampee Dr*
*Blythewood, SC 29016*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

*James Enochs*
*133 Dunaway Ct*
*Columbia, SC 29210*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.25 | $401.25 |
|---|---|---|---|---|

*James Hayes*
*1021 Harbison Station Circle*
*Columbia, SC 29212*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,200.00 | $2,200.00 |
|---|---|---|---|---|

*James Hill*
*1129 Glenoaks Rd*
*Columbia, SC 29172*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.00 | $1,287.00 |
|---|---|---|---|---|

**James McGee**
**344 Montrose Dr**
**Lexington, SC 29072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,499.97 | $2,850.00 |
|---|---|---|---|---|

**James McMenemy**
**2505 Sulton St.**
**Columbia, SC 29201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,488.95 | $2,488.95 |
|---|---|---|---|---|

**Jamie Ortiz**
**77 Tathom Rd.**
**Eastover, SC 29044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.01 | $750.01 |
|---|---|---|---|---|

**Jane Bennett**
**1 Hialeah Dr**
**Irmo, SC 29063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,250.00* | *$1,250.00* |
|---|---|---|---|---|

*Jeff Bujak*
*113 Chelton Ct.*
*Columbia, SC 29212*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$620.00* | *$620.00* |
|---|---|---|---|---|

*Jeremiah Spring*
*149 Rutherford Rd.*
*Lexington, SC 29073*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer still owed*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$0.00* | *$0.00* |
|---|---|---|---|---|

*Jeremy Kelly*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*unfulfilled order*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,443.43* | *$1,443.43* |
|---|---|---|---|---|

*John D. Thompson*
*1375 Westshore*
*Ridgeway, SC 29130*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,602.00 | $1,602.00 |
|---|---|---|---|---|

*John Fickle*
*562 Newton Rd*
*Irmo, SC 29063*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.93 | $640.93 |
|---|---|---|---|---|

*Jonathan Meade*
*1002 Sightler Dr*
*West Columbia, SC 29170*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,545.00 | $2,850.00 |
|---|---|---|---|---|

*Jonathan Roguemore*
*167 Carriage Hill Dr*
*Lexington, SC 29072*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00 | $580.00 |
|---|---|---|---|---|

*Joseph Singleton*
*458 S South Pickins St*
*West Columbia, SC 29172*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,177.00 | $1,177.00 |
|---|---|---|---|---|
| | *Joshua Mitchell*<br>*312 SpringCreek Ct*<br>*West Columbia, SC 29170* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,070.00 | $1,070.00 |
|---|---|---|---|---|
| | *Judy Nichols*<br>*310 Heatherstone Rd*<br>*Columbia, SC 29212* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>*deposit / Debtor's records show only $1,070 is owed, not the $1,077 claimed.* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,982.00 | $2,850.00 |
|---|---|---|---|---|
| | *Julian Lewis*<br>*1220 Meredith Dr*<br>*columbia, SC 29212* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,352.93 | $2,352.93 |
|---|---|---|---|---|
| | *Karen Davis*<br>*8047 Burdell Dr*<br>*Columbia, SC 29209* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>*customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.00 | $899.00 |
|---|---|---|---|---|

*Kevin Gibson*
*9120 Lockhart Hwy*
*sharon, SC 29742*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

*Kimberly Hare*
*142 Greenbank Dr*
*Lexington, SC 29073*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,650.00 | $2,850.00 |
|---|---|---|---|---|

*Kimberly Jumper*
*146 Gadners Farm Rd*
*Swansea, SC 29160*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,529.92 | $2,850.00 |
|---|---|---|---|---|

*Kimberly Sussewell*
*128 Oxford Commons Way*
*Columbia, SC 29209*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**2.87** | Priority creditor's name and mailing address

*Kristi Sperry*
*105 Chelton Ct*
*Columbia, SC 29212*

As of the petition filing date, the claim is:        $533.95     $533.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address

*LaQuenta Weldon*
*135 Leeward Loop*
*Columbia, SC 29209*

As of the petition filing date, the claim is:        $2,051.19     $2,051.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address

*Larry Kyzer*
*1470 Myrtle Rd*
*West Columbia, SC 29172*

As of the petition filing date, the claim is:        $1,700.00     $1,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address

*Latonya Cox*
*8100 Garners Ferry Rd. Apt ?*
*Columbia, SC 29209*

As of the petition filing date, the claim is:        $864.96     $864.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | _Beds & Such, Inc._ | Case number (if known) | _16-06344_ |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | _$450.00_ | _$450.00_ |
|---|---|---|---|---|

**Linda Kirkland**
**632 Torwood Dr**
**columbia, SC 29203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | _deposit_ |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | _$600.00_ | _$600.00_ |
|---|---|---|---|---|

**Linda McGrady**
**148 Dickert Dr**
**Lexington, SC 29073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | _customer owed / deposit_ |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | _$588.50_ | _$588.50_ |
|---|---|---|---|---|

**Linda Temples**
**214 Holly Ridge Ln.**
**West Columbia, SC 29169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | _customer owed / deposit_ |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | _$350.00_ | _$350.00_ |
|---|---|---|---|---|

**Lisa Blume**
**405 Lake Vista**
**Columbia, SC 29229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | _deposit_ |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.86 | $2,351.86 |
|---|---|---|---|---|

*Luanne Burton*
*1070 Padgett Pond Rd*
*Monetta, SC 29105*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.77 | $1,295.77 |
|---|---|---|---|---|

*Lucy Wright*
*103 Heatherton Ct.*
*W. Columbia, SC 29170*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.67 | $597.67 |
|---|---|---|---|---|

*Mandy Lee*
*241 Founder Blvd*
*Lexington, SC 29073*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,887.93 | $2,850.00 |
|---|---|---|---|---|

*Margaret Young*
*1174 Valley Ridge Rd.*
*Gaston, SC 29053*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | Case number (if known) | *16-06344* |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.00 | $1,850.00 |
|---|---|---|---|---|

*Mathew Downey*
*512 Thyme Rd*
*Lexington, SC 29073*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.00 | $989.00 |
|---|---|---|---|---|

*Megan Hardy*
*104 Penny Lane*
*Lexington, SC 29073*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.65 | $668.65 |
|---|---|---|---|---|

*Megan Shull*
*110 L Ave.*
*West Columbia, SC 29172*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,700.00 | $2,850.00 |
|---|---|---|---|---|

*Michelle Greer*
*166 Happy Town Rd*
*Gaston, SC 29053*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|--------|---------------------|-------------------------|------------|
|        | Name                |                         |            |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$3,659.57* | *$2,850.00* |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

*Michelle Kiedrowski*
*304 Summersweet Ct*
*Blythwood, SC 29016*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,600.00* | *$1,600.00* |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

*Murray Coleman*
*8004 Exeter Ln*
*Columbia, SC 29223*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$4,385.93* | *$2,850.00* |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

*Nancy Meares*
*116 Heartwood Dr*
*Lexington, SC 29073*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$4,991.55* | *$2,850.00* |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

*Nathaniel Sutton*
*732 Charlie Rast Rd*
*Swansea, SC 29160*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,922.00 | $2,850.00 |
|---|---|---|---|---|

**Noelle Brault**
**2305 Park St**
**columbia, SC 29201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Pamela Bates**
**5 Peyton Rd**
**Columbia, SC 29209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.43 | $801.43 |
|---|---|---|---|---|

**Pamela Terry**
**428 Emmanuel Creek Dr.**
**West Columbia, SC 29170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.28 | $961.28 |
|---|---|---|---|---|

**Pansy Wright**
**2936 Oakwood Dr**
**west Columbia, SC 29169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.93 | $426.93 |
|---|---|---|---|---|

**Pat Decker**
**1420 Cardinal Dr**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | $2,850.00 |
|---|---|---|---|---|

**Pat Watson**
**615 Elm Avenue**
**columbia, SC 29205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,673.93 | $2,673.93 |
|---|---|---|---|---|

**Patrick Swearingen**
**1008 Osage Ave**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.72 | $423.72 |
|---|---|---|---|---|

**Peter Lauzon**
**1906 Ann St**
**West Columbia, SC 29169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address

*Rachael Genova*
*302 Merchants Dr*
*Columbia, SC 29212*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,581.46    $1,581.46

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address

*Rachel Benn*
*400 W. Ashford Way*
*Irmos, SC 29063*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$802.50    $802.50

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address

*Rachel Mahoney*
*1302 Abberly Village Circle*
*West Columbia, SC 29169*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,474.46    $1,474.46

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address

*Randy Heddy*
*502 Laurel Mist Ct*
*West Columbia, SC 29170*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,400.00    $1,400.00

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | | Case number (if known) | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,923.86* | *$1,923.86* |
|---|---|---|---|---|

*Rebecca Lassiter*
*310 Lookout Hill Dr*
*Chapin, SC 29036*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$2,245.93* | *$2,245.93* |
|---|---|---|---|---|

*Renate Bruce*
*117 Pine Ridge Dr.*
*West Columbia, SC 29169*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$400.00* | *$400.00* |
|---|---|---|---|---|

*Ricardo Garay*
*101 Topaz Ct. Lot 4*
*Lexington, SC 29073*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$640.93* | *$640.93* |
|---|---|---|---|---|

*Richard Jeffcoat*
*1140 Old Charleston Rd.*
*Pelion, SC 29123*

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | _Beds & Such, Inc._ | Case number (if known) | _16-06344_ |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

_Ricky Jones_
_549 Ridge Rd_
_Leesville, SC 29070_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_customer owed / deposit_

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

_Rita Whitfield_
_1724 Holly Hill Rd_
_West Columbia, SC 29169_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_deposit_

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.60 | $620.60 |
|---|---|---|---|---|

_Robin Taylor_
_273 Merrimont Drive_
_Blythewood, SC 29016_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_customer owed / deposit_

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,823.77 | $2,823.77 |
|---|---|---|---|---|

_Robin Taylor_
_237 Merimont Dr_
_Blythwood, SC 29016_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_customer owed / deposit_

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**2.127** | Priority creditor's name and mailing address

*Robin Taylor*
*273 Merrimont Dr*
*Blythwood, SC 29016*

As of the petition filing date, the claim is:    **$372.36**    **$372.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.128** | Priority creditor's name and mailing address

*Robina Hayes*
*1021 Harbison Station Circle*
*columbia, SC 29212*

As of the petition filing date, the claim is:    **$1,888.55**    **$1,888.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.129** | Priority creditor's name and mailing address

*Rodney Stevens*
*517 Palmetto Creek Ct*
*Lexington, SC 29072*

As of the petition filing date, the claim is:    **$2,406.43**    **$2,406.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.130** | Priority creditor's name and mailing address

*Rosie Escalante*
*248 Magnolia Tree Rd.*
*Lexington, SC 29073*

As of the petition filing date, the claim is:    **$534.46**    **$534.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | **16-06344** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,350.00** | **$3,350.00** |
|---|---|---|---|---|

**Ryan Gibson**
**465 Henslowe Lane**
**West Columbia, SC 29170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll Still Owed** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$342.20** | **$342.20** |
|---|---|---|---|---|

**Samantha Montgomery**
**7040 Nursrey Rd**
**Columbia, SC 29212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,828.63** | **$1,828.63** |
|---|---|---|---|---|

**Sarah Burton**
**516 Spanish Leaf Ln.**
**West Columbia, SC 29169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **customer owed / deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$459.03** | **$459.03** |
|---|---|---|---|---|

**Sarah Burton**
**516 Spanish Leaf Ln**
**West Columbia, SC 29169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **customer owed / deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.39 | $0.00 |
|---|---|---|---|---|

**SC Dept Employment And Workforce**
**P.O Box 995**
**Columbia, SC 29202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3877**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,863.82 | $83,863.82 |
|---|---|---|---|---|

**SC Dept of Revenue**
**PO Box 125**
**Columbia, SC 29214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **2437**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00 | $642.00 |
|---|---|---|---|---|

**Scott Hinkle**
**612 Devine St**
**columbia, SC 29201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $2,850.00 |
|---|---|---|---|---|

**Scott Westmoreland**
**206 Spring Mist Dr**
**Lexington, SC 29072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
| --- | --- | --- | --- | --- |

**Shellie Sharpe**
**5336 Hwy 321**
**Gaston, SC 29053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,272.68 | $2,272.68 |
| --- | --- | --- | --- | --- |

**Shelly Genova**
**420 Shallow Brook Dr.**
**Columbia, SC 29223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
| --- | --- | --- | --- | --- |

**Silkie McClary**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.93 | $533.93 |
| --- | --- | --- | --- | --- |

**Sonja Bradford**
**711 Cornhill Rd**
**columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.53 | $619.53 |
|---|---|---|---|---|

*Stephanie Richburg*
*415 Plum Thicket Ln*
*Lugoff, SC 29078*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,599.00 | $1,599.00 |
|---|---|---|---|---|

*Stephanie Thompson*
*341 Old Wood Dr.*
*Columbia, SC 29212*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,451.82 | $2,850.00 |
|---|---|---|---|---|

*Susan & Donald Stevens*
*156 Whaley Lane*
*columbia, SC 29229*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,010.37 | $2,850.00 |
|---|---|---|---|---|

*Susan Bennett*
*115 Cove Ct*
*columbia, SC 29210*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | *16-06344* |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,900.00 | $2,850.00 |
|---|---|---|---|---|
| | *Suzette Stephens* | *Check all that apply.* | | |
| | *1051 Old Barnwell Rd.* | ☐ Contingent | | |
| | *West Columbia, SC 29170* | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 | $1,700.00 |
|---|---|---|---|---|
| | *Syron Wrighten* | *Check all that apply.* | | |
| | *106 Stockport Rd* | ☐ Contingent | | |
| | *Columbia, SC 29229* | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,605.90 | $2,850.00 |
|---|---|---|---|---|
| | *Tamira Harwell* | *Check all that apply.* | | |
| | *1011 Westhaven Dr.* | ☐ Contingent | | |
| | *West Columbia, SC 29169* | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | *customer owed* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $294.00 |
|---|---|---|---|---|
| | *Tammy Cooper* | *Check all that apply.* | | |
| | *312 Crosscreek Ct* | ☐ Contingent | | |
| | *Columbia, SC 29212* | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | *customer owed / deposit* | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**2.151** | Priority creditor's name and mailing address

*Tanya Joseph*
*310 Conner Park Lane*
*West Columbia, SC 29170*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,096.13   $2,096.13

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address

*Tarik Thomas*
*471 Links Crossing Dr*
*Blythwood, SC 29106*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,243.95   $2,243.95

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address

*Ted Shrum*
*108 Saxons Ferry Dr*
*Lexington, SC 29073*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,100.00   $1,100.00

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address

*Terrance Ford*
*116 Fort Dr*
*Simpsonville, SC 29681*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,247.00   $2,247.00

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Thelma Oliver**
**149 Holland St**
**North, SC 29112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Thomas Morgan**
**1132 Lamp Lighter Rd**
**Columbia, SC 29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.00 | $1,619.00 |
|---|---|---|---|---|

**Todd Vick**
**340 Carterhill Dr**
**West Columbia, SC 29172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,324.04 | $2,324.04 |
|---|---|---|---|---|

**Toya Labrador**
**108 Amber Chase Dr.**
**Lexington, SC 29073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | *customer owed / deposit* |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | *Beds & Such, Inc.* | Case number (*if known*) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Tracey Cooper**
**157 Pear Court**
**Lexington, SC 29073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.00 | $981.00 |
|---|---|---|---|---|

**Travis Tate**
**Woodcrest Ln**
**Gaston, SC 29053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Trumaine Sanders**
**402 Nautique Circle**
**Columbia, SC 29229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**customer owed / deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.76 | $1,066.76 |
|---|---|---|---|---|

**Tyler King**
**1137 Fort Congaree Trail**
**Cayce, SC 29033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$4,700.00* | *$2,850.00* |
|---|---|---|---|---|

*Vasco R. McDonald*
*2832 Elm St.*
*Cayce, SC 29033*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,425.72* | *$1,425.72* |
|---|---|---|---|---|

*Wanda Jacobs*
*104 Stuart Ln*
*Lexington, SC 29072*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$2,247.00* | *$2,247.00* |
|---|---|---|---|---|

*Wayne Blackwood*
*4230 Leeds St*
*Columbia, SC 29210*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit (Creditor was refunded
pre-petition however creditor did not attempt to
cash check until post-petition)*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$1,443.43* | *$1,443.43* |
|---|---|---|---|---|

*Willie Saleeby*
*5312 Exum Dr*
*West Columbia, SC 29169*

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*customer owed / deposit*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | Case number *(if known)* | *16-06344* |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$330.00*

*Allwaste Services*
*PO Box 1077*
*Lexington, SC 29071*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  *9588*

Basis for the claim:  *Dumpster*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$0.00*

*Angie's List*
*9019 E. 17th Elm Street*
*Indianapolis, IN 46229*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  *notice only*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$0.00*

*Bank of America*
*PO Box 25118*
*Tampa, FL 33622-5118*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  *notice only*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$2,778.00*

*Brooks Furniture Mfg., Inc.*
*c/o Cable B. Poag, Esq.*
*PO Box 6422*
*West Columbia, SC 29171*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$4,710.68*

*Capital One*
*P.O. Box 71083*
*charolotte, NC 28272*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  *08/1/2011*

Last 4 digits of account number  *3311*

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$3,400.00*

*CHANDRA*
*P.O. Box 1102*
*Adairsville, GA 30103*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  *SAND*

Basis for the claim:  *Merchandise*

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$0.00*

*Charge It Pro*
*460 S. Fitness Pl.*
*Eagle, ID 83616*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  *notice only / credit card processor*

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number (*if known*) | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

*Charles T. Brown*
*1505 Charleston Hwy. Ste. B11*
*West Columbia, SC 29169*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,582.18** |
|---|---|---|---|

*Chase Ink Cardmember Services*
*PO Box 1423*
*Charlotte, NC 28201*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __5685__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,259.52** |
|---|---|---|---|

*Circle K Fleet*
*Wex Bank*
*P.O. Box 6293*
*Carol Stream, IL 60197-6293*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __10/31/2016__

**Basis for the claim:** __Fuel purchases__

**Last 4 digits of account number** __6910__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,818.15** |
|---|---|---|---|

*CIT Group*
*11 West 42nd Street*
*New York, NY 10036*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __8/31/16__

**Basis for the claim:** __judgment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.76** |
|---|---|---|---|

*City of West Columbia*
*PO Box 4044*
*West Columiba, SC 29171*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __utility bils__

**Last 4 digits of account number** __2401__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

*Clark's Termite & Pest Control*
*PO Box 465*
*Irmo, SC 29063*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$698.18** |
|---|---|---|---|

*Complete Payment Recovery Services*
*3500 5th Street*
*Northport, AL 35476*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Check Recovery for Walmart__

**Last 4 digits of account number** __8366__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Corliss & Don Barrett*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _warranty work owed, awaiting part from Best Home Furnishings_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,755.26 |
|---|---|---|---|

*Custom Cloud Solutions*
*5300 Sunset Blvd. A*
*Lexington, SC 29072*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,719.95 |
|---|---|---|---|

*CVB, Inc. d/b/a Malouf*
*c/o Trace Dillon, Esq.*
*2346 Wisteria Drive, Ste. 220*
*Snellville, GA 30078*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _judgment_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

*D & H Trucking Inc.*
*3801 CR 135*
*Millersburg, OH 44654*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  _BEDS & SUCH_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,300.00 |
|---|---|---|---|

*Dana Hargett*
*P.O. Box 2471*
*Mathews, NC 28106*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _loans for furniture bills_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,261.98 |
|---|---|---|---|

*Darby Hiott*
*PO Box 2958*
*West Columbia, SC 29169*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _credit cards in personal name used for business cash flow_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*DDR Corporation*
*Columbiana Station II*
*3500 Piedmont Road, Ste. 730*
*Atlanta, GA 30305*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _notice only / broken lease_

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Dispatch Track*
*4340 Stevens Creek Blvd., #245*
*San Jose, CA 95129*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *notice only*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Eagle's Nest Properties, LLC*
*1251 North Lake Drive*
*Lexington, SC 29072*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Fifth Third Bank*
*PO Box 63900*
*Cincinnati, OH 45263*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*First Data*
*5565 Glenridge Connector, Ste. 2000*
*Atlanta, GA 30342*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *notice only; credit card processor*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*GE Money*
*P.O. Box 6150*
*Rapid City, SD 57709*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *Financing*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Gene Love Plumbing*
*1336 Methodist Park Road*
*West Columbia, SC 29170*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *notice only*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

*Geneva Mitchell*
*303 Sugar Hill Lane*
*Gaston, SC 29053*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  *notice only / customer received mattress but may want a "comfort exchange"*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,600.00** |
|---|---|---|---|

**Georgetown One LLC**
**PO Box 3986**
**West Columbia, SC 29171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _past due rent / broken lease 2265 Augusta Road_

Last 4 digits of account number **taRd**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,700.70** |
|---|---|---|---|

**Glenmont**
**14290 County Rd 75**
**Brinkhaven, OH 43006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Furniture Vendor_

Last 4 digits of account number **BEDS & SUCH**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GMM Insurance**
**115A Library Hill Lane**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,107.00** |
|---|---|---|---|

**Golden Mattress Co.**
**1828 Meca Way**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Merchandise_

Last 4 digits of account number **7002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,600.00** |
|---|---|---|---|

**Gregory Oswald**
**317 Woodmill Circle**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Loans_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hartford Insurance Company**
**8711 University East Drive**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**Home Depot Services**
**Dept 32-2139323160**
**PO Box 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3160**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | Case number *(if known)* | *16-06344* |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,500.00**

*Home Elegance by Titan Importer Co.*
*6045 Boat Rock Blvd*
*Atlanta, GA 30336*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  *Beds & Such*

Basis for the claim:  *Furniture Vendor*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,304.00**

*Homecraft Furniture, Inc.*
*415 East Shore Road*
*Kings Point, NY 11024*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  *2563*

Basis for the claim:  *Merchandise*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$295.00**

*HS Backers*
*3774 Grove Street, Suit F*
*Lemon Grove,, CA 91945*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  *1968*

Basis for the claim:  *advertising vendor*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

*Hyacinth Walker*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  *warranty work with Best Home Furnishings*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,085.00**

*JAB Distributors, LLC*
*Protecta Bed*
*1500 South Wolf Rd*
*Wheeling, IL 60090*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  *0099*

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

*Kleen Kare*
*2223 Augusta Road*
*West Columbia, SC 29169*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  *notice only*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,600.00**

*Lamar Advertising*
*1221 Atlas Road*
*Columbia, SC 29209*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$0.00* |
|---|---|---|---|

*Leather Italia*
*2118 Mercantile Dr. NE*
*Leland, NC 28451*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *8572*

**Basis for the claim:** *Merchandise*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$26,434.00* |
|---|---|---|---|

*Leggett & Platt*
*L & P Financial Service Co.*
*PO Box 538385*
*Atlanta, GA 30353*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *4140*

**Basis for the claim:** *Furniture Vendor*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$2,415.00* |
|---|---|---|---|

*LMP Worldwide, Inc.*
*4936 Technical Drive*
*Milford, MI 48381*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *4233*

**Basis for the claim:** *Pillows*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$15,107.05* |
|---|---|---|---|

*Lori Blum-Hiott*
*PO Box 2958*
*West Columbia, SC 29169*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** *credit cards in personal name used for business cash flow*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$3,800.00* |
|---|---|---|---|

*LSQ Funding*
*P.O. Box 404322*
*Atlanta, GA 30384*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *8572*

**Basis for the claim:** *Merchandise*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

*Mandy Lee*
*241 Founder Blvd*
*Lexington, SC 29073*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** *warranty work*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$0.00* |
|---|---|---|---|

*Mega Group USA*
*3340 Players Club Pkwy, Ste. 120*
*Memphis, TN 38125*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** *notice only*

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Beds & Such, Inc.* | |
|---|---|---|
| | Name | |

Case number *(if known)*   **16-06344**

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

*Merchant Services*
*PO Box 6010*
*Hagerstown, MD 21741*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Card Processor__

Last 4 digits of account number  __4183__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

*Monitronics*
*Dept CH  8628*
*Palatine IL, IL 60055*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Alarm system contract__

Last 4 digits of account number  __2351__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

*Murrows Transfer*
*PO Box 4095*
*High Point, NC 27263*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

*My Home Furnishings*
*PO Box 751*
*Mount Airy, NC 27030*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.17** |
|---|---|---|---|

*Natonwide*
*PO box 10479*
*Des Moines, IN 50306*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __6904__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

*New Vision Information Systemss*
*820 Starboard St*
*Chula Vista, CA 91914*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Furniture Software__

Last 4 digits of account number  __0516__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,170.50** |
|---|---|---|---|

*Office Depot*
*PO Box 68920*
*Des Moines, IA 50368-9020*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | Case number (*if known*) | **16-06344** |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$0.00* |
|---|---|---|---|

*Palmetto Citizens Federal Credit Union*
PO Box 5846
*Columbia, SC 29250*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *notice only*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$10,468.55* |
|---|---|---|---|

*Paramount Industrial Companies*
*1112 Kingwood Ave.*
*Norfolk, VA 23502*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$0.00* |
|---|---|---|---|

*Pat Beatty*
*130 Cedar Lane*
*Leesville, SC 29070*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *notice only*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$1,174.80* |
|---|---|---|---|

*Propac Images*
*c/o Cisco Inc.*
*PO Box 801088*
*Houston, TX 77280-1088*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$1,793.98* |
|---|---|---|---|

*Quill Corporation*
*PO Box 37600*
*Philadelphia, PA 19101-0600*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$0.00* |
|---|---|---|---|

*Ramandeep Giujral*
*250 Cayden Court*
*Chapin, SC 29036*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *notice only*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *$6,083.33* |
|---|---|---|---|

*Raycom Media Inc., d/b/a WIS-TV*
*c/o Amanda M. Scott*
*PO Box 743*
*White Rock, SC 29177*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *judgment*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | |
|---|---|---|---|
| | Name | | |

Case number (*if known*)    **16-06344**

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$272.60** |
|---|---|---|---|

**Resource Services**
**PO Box 724**
**West Columbia, SC 29171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cayce Exterminating**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,101.70** |
|---|---|---|---|

**Riztex USA**
**900 Marine Drive**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,570.00** |
|---|---|---|---|

**Rogers Laban**
**PO Box 124**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0971**

Basis for the claim:  **Accounting Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,200.00** |
|---|---|---|---|

**Sandra Miller**
**317 Woodmill Circle**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Loans / Cards, IRA, retirment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,874.00** |
|---|---|---|---|

**Sandra Miller**
**317 Woodmill Circle**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **credit cards in personal name used for business cash flow**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SC Department of Consumer Affairs**
**PO Box 5246**
**Columbia, SC 29250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**SCE&G**
**PO Box 100255**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5874**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number (*if known*) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$436.42*

*SCE&G*
*PO Box 100255*
*Columbia, SC 29202-3255*

Date(s) debt was incurred  *11/17/2016*

Last 4 digits of account number  *8914*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *final bill*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$2,650.00*

*Shell Fleet Card*
*PO Box 9001015*
*Louisville, KY 40290-1015*

Date(s) debt was incurred  _

Last 4 digits of account number  *7003*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$23,000.00*

*Simply Amish*
*PO Box 67*
*Arcola, IL 61910*

Date(s) debt was incurred  _

Last 4 digits of account number  *S001*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Furniture Vendor*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$7,828.85*

*Sinclair Communications LLC d/b/a*
*WACHTV*
*c/o Joseph F. Davis, Esq.*
*PO Drawer 730*
*Sumter, SC 29151*

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *judgment*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$0.00*

*Solutions Consulting Group*
*Roger LaPlante*
*5 Rodeo Drive*
*West Creek, NJ 08092*

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$0.00*

*South Carolina Dept. of Consumer Affairs*
*2221 Devine Street, Ste. 200*
*PO Box 5757*
*Columbia, SC 29250-5757*

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *notice only*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$1,152.00*

*Southern Bedding*
*400 Calhoun Street*
*Columbia, SC 29201*

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spencer Hopkins**
**272 Fox Squirrel Circle**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **employee out on workers comp / notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,172.93 |
|---|---|---|---|

**Spring Air Mattress Corporation**
**70 Everett Ave., Ste. 507**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Square, Inc.**
**1455 Market Street, Ste. 600**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notice only / credit card processor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,547.04 |
|---|---|---|---|

**Steve Silver Company**
**PO Box 1709**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SunBelt Furniture Xpress Inc.**
**3255 20th Ave. SE**
**Newton, NC 28658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,621.97 |
|---|---|---|---|

**Surya Carpet, Inc.**
**1 Surya Drive**
**White, GA 30184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Synchrony Bank**
**954 Forrer Blvd.**
**Orlando, FL 32896-5033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | | Case number (*if known*) | *16-06344* |
|---|---|---|---|---|
| | Name | | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
*Terence Smith*
*1455 Pine Steet*
*West Columbia, SC 29172*

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$0.00*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *notice only / refunded pre-petition*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**
*The Cambridge Company*
*502 Meeting St*
*West Columbia, SC 29169*

Date(s) debt was incurred _
Last 4 digits of account number  *8151*

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$3,700.00*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Furniture Vendor*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**
*The Graphic Source*
*2122 Platt Springs Rd  Suite A*
*West Columbia, SC 29169*

Date(s) debt was incurred _
Last 4 digits of account number  *4661*

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$2,210.82*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Printing*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
*The Hartford Company*
*8711 University East Drive*
*Charlotte, NC 28213*

Date(s) debt was incurred _
Last 4 digits of account number  *9328*

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$9,510.03*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *commercial auto policy # 22UECNI7044   Workmans Comp Policy # 22WECCT9278*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
*The LAMAR Companies*
*P.O. Box 96030*
*Baton Rouge, LA 70896*

Date(s) debt was incurred  *08/1/2016*
Last 4 digits of account number  *5886*

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$2,060.00*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
*The State*
*PO Box 1333*
*Columbia, SC 29202*

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$12,013.35*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
*Time Warner Cable*
*PO Box 70872*
*Charlotte, NC 28272*

Date(s) debt was incurred _
Last 4 digits of account number  *various*

**As of the petition filing date, the claim is:** *Check all that apply.*                        *$2,094.43*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (*if known*) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,767.25**

*Time Warner Cable Media LLC*
*PO Box 27908*
*New York, NY 10087*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **8809**

Basis for the claim: **Advertising . Cable tv commercials**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

*Travelers Insurance*
*PO Box 660317*
*Dallas, TX 75266*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.74**

*Trojan Labor*
*Hire Quest, LLC*
*P.O. Box 890714*
*Charlotte, NC 28289-0714*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/30/2016**
Last 4 digits of account number **9293**

Basis for the claim: **General Labor  Invoice 786030**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$773.35**

*Troutman Chair Co.*
*P.O. Box 208*
*Troutman, NC 28166*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2827**

Basis for the claim: **Merchandise - Rockers**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.04**

*ULINE*
*P.O. Box 4155ox88741*
*Chicago, IL 60680-1741*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/8/2016**
Last 4 digits of account number **8003**

Basis for the claim: **supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251.20**

*UPS*
*P.O. Box 30549*
*Charleston, SC 29417-0549*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00**

*USAA Federal Savings Bank*
*10750 McDermott Freeway*
*San Antonio, TX 78288*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$0.00* |
|---|---|---|---|

*Victor Paul*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only; awaiting wooden plugs for hardware holes from Leggett & Platt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$0.00* |
|---|---|---|---|

*Wells Fargo Bank*
*PO Box 6995*
*Portland, OR 97228-6995*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$0.00* |
|---|---|---|---|

*Wells Fargo Retail Services*
*MACX2599-027*
*800 Walnut Street*
*Des Moines, IA 50309*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$1,589.00* |
|---|---|---|---|

*Wesley Allen*
*1001 East 60th Street*
*Los Angeles, CA 90001*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** *07/14/2016*

**Last 4 digits of account number** *7181*

**Basis for the claim:** **Merchandise Invoice 135966, 8/22/2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$5,209.47* |
|---|---|---|---|

*WLTX-TV*
*6027 Garners Ferry Rd*
*columbia, SC 29209*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *3152*

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$7,610.00* |
|---|---|---|---|

*WOLO Television*
*5807 Shakespeare Road*
*Columbia, SC 29223*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | *$2,518.20* |
|---|---|---|---|

*Yosemite Home Decor*
*4250 W Shaw Ave*
*Fresno, CA 93722*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** *2593*

**Basis for the claim:** **Furniture Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | *Beds & Such, Inc.* | Case number (if known) | *16-06344* |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Attorney General of the United States*<br>*Civil Division, Bankruptcy Section*<br>*US Department of Justice*<br>*Washington, DC 20530* | Line  *2.60*<br>☐  Not listed. Explain ____ | _ |
| 4.2 | *B. Lindsay Crawford, III*<br>*Crawford & Von Keller*<br>*PO Box 4216*<br>*Columbia, SC 29240* | Line  *3.11*<br>☐  Not listed. Explain ____ | _ |
| 4.3 | *Brooks Furniture Mfg., Inc.*<br>*PO Box 199*<br>*Tazewell, TN 37879* | Line  *3.4*<br>☐  Not listed. Explain ____ | _ |
| 4.4 | *Cynthia Lover, PA*<br>*PO Box 6774*<br>*Myrtle Beach, SC 29572* | Line  *3.83*<br>☐  Not listed. Explain ____ | _ |
| 4.5 | *Don A. Leviton*<br>*3 Golf Center, Ste. 361*<br>*Hoffman Estates, IL 60169* | Line  *3.81*<br>☐  Not listed. Explain ____ | _ |
| 4.6 | *Everett B. Saslow, Jr.*<br>*PO Box 989*<br>*Greensboro, NC 27402* | Line  *3.79*<br>☐  Not listed. Explain ____ | _ |
| 4.7 | *iOor Company*<br>*4836 Brecksville Road*<br>*Richfield, OH 44286* | Line  *3.61*<br>☐  Not listed. Explain ____ | _ |
| 4.8 | *J. Douglas Barnett*<br>*Assistant US Attorney*<br>*1441 Main Street, Ste 500*<br>*Columbia, SC 29201* | Line  *2.60*<br>☐  Not listed. Explain ____ | _ |
| 4.9 | *Jack R. Creel & Assoc.*<br>*PO Box 801083*<br>*Houston, TX 77280-1083* | Line  *3.65*<br>☐  Not listed. Explain ____ | _ |
| 4.10 | *Parnell & Crum PA*<br>*PO Box 2189*<br>*Montgomery, AL 36102* | Line  *3.58*<br>☐  Not listed. Explain ____ | _ |
| 4.11 | *Payment Processing Partners, Inc.*<br>*460 Fitness Plz*<br>*Eagle, ID 83616* | Line  *3.25*<br>☐  Not listed. Explain ____ | _ |
| 4.12 | *Raycom Media*<br>*RSA Tower, 20th Foor*<br>*201 Monroe Street*<br>*Montgomery, AL 36104* | Line  *3.63*<br>☐  Not listed. Explain ____ | _ |

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **SC Workers' Comp. Commission**<br>**PO Box 1715**<br>**Columbia, SC 29202** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Scott M. Wild**<br>**PO Box 6867**<br>**Hilton Head Island, SC 29938** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Sinclair Broadcast Group, Inc.**<br>**10706 Beaver Dam Road**<br>**Cockeysville, MD 21030** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Synchrony Bank**<br>**PO Box 965033**<br>**Orlando, FL 32896-5033** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Szabo Associates, Inc.**<br>**3355 Lenox Road, NE Ste. 945**<br>**Atlanta, GA 30326** | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Szabo Associates, INc.**<br>**3355 Lenox Road, NE Ste. 945**<br>**Atlanta, GA 30326** | Line **3.104**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Verngroff Williams, Inc.**<br>**PO Box 4155**<br>**Sarasota, FL 34230-4155** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **364,525.52** |
| **5b. Total claims from Part 2** | 5b. + | $ | **679,062.13** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,043,587.65** |

**Fill in this information to identify the case:**

Debtor name **Beds & Such, Inc.**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **16-06344**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | ***month to month contract on warehouse*** |
| State the term remaining | |
| List the contract number of any government contract | ***Charlie Brown*** *** 1505 Charleston Hwy. Ste B11*** *** West Columbia, SC 29169*** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | ***Cloud based accounting*** |
| State the term remaining | ***through February 2017*** |
| List the contract number of any government contract | ***Custom Cloud Solutions*** *** 5300 Sunset Blvd. A*** *** Lexington, SC 29072*** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | ***Lease for Harbison store*** |
| State the term remaining | |
| List the contract number of any government contract | ***DDR Corporation*** *** PO Box 534410*** *** Atlanta, GA 30353*** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | ***delivery routing & tracking software*** |
| State the term remaining | |
| List the contract number of any government contract | ***Dispatch Track*** *** 4340 Stevens Creek Blvd., #245*** *** San Jose, CA 95129*** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | *Beds & Such, Inc.* | | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | *Lease for 105 Saluda Pointe Court, Lexington, SC through 10/31/2020* | |
|---|---|---|---|
| | State the term remaining | | *Eagle's Nest Properties, LLC* |
| | List the contract number of any government contract | | *1251 North Lake Drive* *Lexington, SC 29072* |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | *Lease for store space at 2265 Augusta Road, West Columbia through 7/31/17* | |
|---|---|---|---|
| | State the term remaining | | *Georgetown One, LLC* |
| | List the contract number of any government contract | | *P.O. Box 3986* *West Columbia, SC 29171* |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | *alarm system contract for stores and warehouse* | |
|---|---|---|---|
| | State the term remaining | | *Monitronics* |
| | List the contract number of any government contract | | *Dept CH  8628* *Palatine IL, IL 60055* |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | *Furniture inventory management software support* | |
|---|---|---|---|
| | State the term remaining | | *New Vision Information Systemss* |
| | List the contract number of any government contract | | *820 Starboard St* *Chula Vista, CA 91914* |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | *contract for cloud phone system* | |
|---|---|---|---|
| | State the term remaining | | *Ring Central* |
| | List the contract number of any government contract | | *20 Davis Drive* *Belmont, CA 94002* |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | *Cell phone service contract* | |
|---|---|---|---|
| | State the term remaining | | *Sprint* |
| | List the contract number of any | | *PO Box 4191* *Carol Stream, IL 60197-4191* |

| Debtor 1 | *Beds & Such, Inc.* | | | Case number *(if known)* | *16-06344* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | *Service contract;* | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | *Time Warner Cable*<br>*PO Box 70872*<br>*Charlotte, NC 28272* |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *Beds & Such, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    *16-06344*

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 *Darby Hiott* | *PO Box 2958* *West Columbia, SC 29169* | *Capital One* | ☐ D ____ ■ E/F *3.5* ☐ G ____ |
| 2.2 *Darby Hiott* | *PO Box 2958* *West Columbia, SC 29169* | *CVB, Inc. d/b/a Malouf* | ☐ D ____ ■ E/F *3.17* ☐ G ____ |
| 2.3 *Darby Hiott* | *PO Box 2958* *West Columbia, SC 29169* | *Leggett & Platt* | ☐ D ____ ■ E/F *3.44* ☐ G ____ |
| 2.4 *Sandra Miller* | *317 Woodmill Circle* *Lexington, SC 29073* | *Chase Ink Cardmember Services* | ☐ D ____ ■ E/F *3.9* ☐ G ____ |

# United States Bankruptcy Court
## District of South Carolina

In re  **Beds & Such, Inc.**

Debtor(s)

Case No.  **16-06344**

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:      $ _____ *0.00*

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income      $ _____ *0.00*

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | *0.00* |
| 4. Payroll Taxes | | *0.00* |
| 5. Unemployment Taxes | | *0.00* |
| 6. Worker's Compensation | | *0.00* |
| 7. Other Taxes | | *0.00* |
| 8. Inventory Purchases (Including raw materials) | | *0.00* |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | *0.00* |
| 10. Rent (Other than debtor's principal residence) | | *0.00* |
| 11. Utilities | | *0.00* |
| 12. Office Expenses and Supplies | | *0.00* |
| 13. Repairs and Maintenance | | *0.00* |
| 14. Vehicle Expenses | | *0.00* |
| 15. Travel and Entertainment | | *0.00* |
| 16. Equipment Rental and Leases | | *0.00* |
| 17. Legal/Accounting/Other Professional Fees | | *0.00* |
| 18. Insurance | | *0.00* |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | *0.00* |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

     DESCRIPTION                          TOTAL

21. Other (Specify):

     DESCRIPTION                          TOTAL

22. Total Monthly Expenses (Add items 3-21)      $ _____ *0.00*

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)      $ _____ *0.00*

---

**Fill in this information to identify the case:**

Debtor name    **Beds & Such, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **16-06344**

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☑ Operating a business<br>***Debtor Uncertain - Records in Trustee's***<br>☑ Other ***Possession*** | ***Unknown*** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other | **$1,943,455.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☐ Other | **$1,952,791.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    *Beds & Such, Inc.*                                                    Case number *(if known)* **16-06344**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. *In Trustee's Possession* | | *unknown, records are in Trustee's possession* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. *Debtor is uncertain, records in Trustee's Possession* | | *unknown, records are in Trustee's possession* | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. *CIT Group / Commercial Services, Inc. vs. Beds and Such, Inc.*<br>*2016 CP 40 03960* | *Debt Collections* | *Richland County Court of Common Pleas* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. *Brooks Furniture Mfg. Inc. vs Beds & Such, Inc.*<br>*2016-CP-32-02174* | *Collections* | *Lexington County Court of Common Pleas* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. *CVB, Inc. vs. Beds & Such, Inc. and Darby Hiott*<br>*2016-CP-32-03516* | *Collections* | *Lexington County Court of Common Pleas* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor | *Beds & Such, Inc.* | | | Case number *(if known)*  **16-06344** |
|--------|---------------------|--|--|-----------------------------------------|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|--|----------------------------|----------------|-------------------------------------|----------------|
| 7.4. | *Raycom Media, Inc. d/b/a WIS-TV vs. Beds & Such, a corporation*<br>*2016-CP-32-00642* | *Collections* | *Lexington County Court of Common Pleas* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | *Sinclair Communications, LLC d/b/a WACH-TV vs. Beds & Such, Inc.*<br>*2016-CP-32-00287* | *Collections* | *Lexington County Court of Common Pleas* | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|--|--------------------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.1. | *Moore Taylor Law Firm, PA*<br>*PO Box 5709*<br>*1700 Sunset Boulevard*<br>*West Columbia, SC 29171* | *Attorney Fees in the amount of $4,000 plus $335 filing fee and $19 to the SCSOS for pulling UCC* | *12/2016* | *$4,354.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

| Debtor | *Beds & Such, Inc.* | | Case number *(if known)*  **16-06344** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | *Moore Taylor Law Firm, PA* *PO Box 5709* *1700 Sunset Boulevard* *West Columbia, SC 29171* | *Attorney Fees for prior consultation* | *12/16* | *$38.50* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **4** |
|---|---|---|

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* **16-06344** |
| --- | --- | --- |

*name, address, social security number, drivers license numbers.*

Does the debtor have a privacy policy about that information?

☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | *Palmetto Citizens* | *XXXX-6237* | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *within the last year, Debtor unsure exact date. Closed by bank for negative balance.* | *$0.00* |
| 18.2. | *Bank of America* | *XXXX-7286* | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *Debtor believes this was closed in November or December 2016 by bank for negative balance.* | *$0.00* |
| 18.3. | *Bank of America* | *XXXX-6851* | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *Debtor believes account was closed by bank in November or December 2016 for negative balance* | *$0.00* |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Beds & Such, Inc.**                                          Case number *(if known)*   **16-06344**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Debtor's off site warehouse 2122  Platt Springs Road, Ste. B West Columbia, SC 29169** | **Debtor and Andy Markl who owns Graphics Source in front of the warehouse. He rents 2 rooms from the landlord** | | ☐ No ☑ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various customers** | **Debtor's warehouse** | **Debtor is holding various items paid for by customers which have not been picked up or delivered. Debtor is uncertain the details because Trustee is in possession of the books. Most items are tagged in warehouse** | **Unknown** |
| **Darby & Lori Hiott** | **Warehouse** | **(2) Keurig coffee makers, birdcage, Barbie jeep, kid's upholstered chairs, kid games, power tools and hand truck, child's Rapunzel coffee cup,  and misc. personal items and personal files** | **Unknown** |
| **John & Tracee Johnson** | **Warehouse** | **used king sized mattress Debtor was holding for owners children to pick up after they delivered a new mattress to the Johnson's. Debtor agreed to bring back the old mattress and hold it for the owner's children to pick up as a courtesy.** | **Unknown** |
| **Andy Markl** | **Warehouse** | **Andy Markl rents a conference room and photography room in the warehouse area** | **Unknown** |
| **George Hollingsworth** | **Storefront** | **chandeliers hanging in store along with some boxed and hanging chandeliers** | **Unknown** |

Debtor    **Beds & Such, Inc.**                                                    Case number *(if known)*   **16-06344**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pat Loper**<br>**13 Jimmy Love Lane**<br>**Columbia, SC 29212** | **Warehouse** | **property tagged in warehouse for delivery.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Peggy Dantzler**<br>**521 Naples Ave.**<br>**Cayce, SC 29033** | **Warehouse** | **Simply Amish bedroom set tagged in warehouse** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shawn Fuller** | **Warehouse** | **Simply Amish bedroom set tagged in warehouse** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pat Beatty** | **Warehouse** | **potentially a nightstand tagged** | **Unknown** |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Beds & Such, Inc.**                                     Case number (if known)   **16-06344**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Bed & Such Warehouse aka RDC**<br>**2122 Platt Springs Rd., Ste. B**<br>**West Columbia, SC 29169** | **customer pickups, vendor freight deliveries** | EIN:<br><br>From-To   **August 1, 2016 - December 15, 2016** |
| 25.2. **Beds & Such Final Markdown**<br>**1720 Bower Pkwy**<br>**Columbia, SC 29212** | **Harbison store with DDR properties. Sales and some customer pickups** | EIN:   **81-3657113**<br><br>From-To   **August 16, 2016 - December 15, 2016** |
| 25.3. **Streetwize Media**<br>**2122 Platt Springs Road, Ste. B.**<br>**West Columbia, SC 29169** | **sign walkers for ad campaign for Baldacci Promotions retirement sale** | EIN:   **81-4586573**<br><br>From-To   **August 16, 2016 - December 15, 2016** |
| 25.4. **Hiott Enterprisee**<br>**2122 Platt Springs Road., Ste. B**<br>**West Columbia, SC 29169** | **formed to operate Streetwize Media & Beds & Such Final Markdown** | EIN:   **81-2029017**<br><br>From-To   **March 30, 2016 to December 15, 2016** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Rogers Laban**<br>**PO Box 124**<br>**Columbia, SC 29202** | **August 2011 to date of filing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Rogers Laban**<br>**PO Box 124**<br>**Columbia, SC 29202** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **Hartford Workers Comp.** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rogers Laban**<br>**PO Box 124**<br>**Columbia, SC 29202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | *Beds & Such, Inc.* | Case number *(if known)* | *16-06344* |
|---|---|---|---|

statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Darby Hiott* | *101 Winterberry Dr Lexington, SC 29072* | *President* | *40%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Lori Blum-Hiott* | *101 Winterberry Dr Lexington, SC 29072* | *Vice President* | *40%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Sandra Miller* | *317 Woodmill Circle Lexington, SC 29073* | *Secretary-Treasurer* | *20%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *Darby Hiott PO Box 2958 West Columbia, SC 29169* | *uncertain - Trustee is in possession of records and books for 2016 have not been completed* | | |
| | Relationship to debtor *owner* | | | |
| 30.2. | *Lori Blum-Hiott PO Box 2958 West Columbia, SC 29169* | *uncertain - Trustee is in possession of records and books for 2016 have not been completed* | | |
| | Relationship to debtor *owner* | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    *Beds & Such, Inc.*                                        Case number *(if known)*   **16-06344**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | *Sandra Miller*<br>*317 Woodmill Circle*<br>*Lexington, SC 29073* | *uncertain - Trustee is in possession of records and books for 2016 have not beeen completed* | | |
| | **Relationship to debtor**<br>*owner* | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *January 4, 2017*

*/s/ Darby Hiott*                                        *Darby Hiott*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    *President*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes