Jan 17, 2017

To whom it may concern,

Concerning Case No – 16-06344-dd, I, Bryan L Shuman object to the discharge of my claim, because my transaction was completed within 30 days before they filed bankruptcy.  The purchase was on 11/12/16 and bankruptcy was filed on 12/15. I did not receive notice until the week of Christmas.

I uploaded my Proof of claim to the case number 16-06344 under the creditor Bryan L Shuman and the receipt of purchase was attached as well.   I feel that Beds N Such, deliberately took payment knowing they were filing bankrupt.

 Just days before my delivery date, the manager of Beds N Such told me all was well and my delivery was on schedule, then I received the notice of chapt 7 bankrupcy from Beds N Such on the next couple of days. They had already filed and told me my delivery was coming.

Synchrony bank financed my purchase and I am still paying them because they said that Beds N such would have to cancel the purchase on which they have not.


Please review my claim. I feel fraud was involved.


Bryan L Shuman

144 Crassula Dr.

Lexington SC 29073.